**HOUSTON INDEPENDENT SCHOOL DISTRICT, Plaintiff–Appellant**

v.

**JJ, b/n/f Romona E, Defendant–Appellee.**

**No. 05–20327.**

United States Court of Appeals, Fifth Circuit.

Decided March 10, 2006.

Jeffrey L. Rogers, Kristi Michelle Herring, Feldman & Rogers, Houston, TX, for Plaintiff–Appellant.

Daniel L McCall, Katy, TX, for Defendant–Appellee.

Before KING, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant, Houston Independent School District, appeals the district court's order awarding attorneys fees and costs to Defendant–Appellee, JJ, b/n/f Romona E, arguing that the district court erred in concluding that defendant was substantially justified in rejecting plaintiff's settlement offer and did not unreasonably protract the final resolution of the parties' dispute. *See* 20 U.S.C. § 1415(i)(3)(D)-(F). The district court did not abuse its discretion in concluding that the defendant was substantially justified in rejecting the settlement offer. The order

---

of the district court is accordingly AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.